**Clark Lee SMITH, Appellant,**

v.

**Mike KEMNA; CO I. Knowles; Shanna Keeter; Russell Hollowell, Appellees.**

**No. 05–3664.**

United States Court of Appeals, Eighth Circuit.

Submitted May 23, 2006.

Filed May 24, 2006.

Clark Lee Smith, Cameron, MO, pro se.

Before MURPHY, BEAM, and COLLOTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Missouri inmate Clark Lee Smith appeals the district court's [1] preservice dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record, we conclude dismissal of the complaint was proper for the reasons explained by the district court. Accordingly, we affirm the judgment. *See* 8th Cir. R. 47A(a).

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.